UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* C. Dustin Bechtold, M.D. and Bryan Wellman, M.D., <br><br> Plaintiff/Relators, <br><br> v. <br><br> WILSON ASFORA, M.D., SANFORD HEALTH, SANFORD CLINIC, and MEDICAL DESIGNS, LLC, <br><br> Defendants. | CIV. 16-4115-LLP <br><br> **FILED UNDER SEAL** |

## ORDER

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED:

1. The relators' redacted Complaint, the United States' Notice of Intervention, and this Order be unsealed;

2. The United States serve its Complaint upon defendants, together with this Order, within sixty days;

3. All other papers or Orders on file in this matter shall remain under seal; and

4. The seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Dated this 27th day of June, 2019.

BY THE COURT:

*[signature]*
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK
*[signature]*