UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* C. Dustin Bechtold, M.D. and Bryan Wellman, M.D., <br><br> Plaintiff/Relators, <br><br> vs. <br><br> WILSON ASFORA, M.D.; SANFORD HEALTH; SANFORD CLINIC; and MEDICAL DESIGNS, LLC., THE DIOCESE OF SIOUX FALLS, SOUTH DAKOTA, <br><br> Defendants. | CIV 16-4115 <br><br> ORDER |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Robert Anderson moves to allow nonresident attorney Veronica B. Nannis to participate in all proceedings in the above case. The Court has reviewed the file and good cause appearing,

IT IS ORDERED that Veronica B. Nannis:

1. Shall be admitted to participate in all proceedings of this case pursuant to the Rules of Practice of the United States District Court of the District of South Dakota;

2. Shall file a return and pay state sales tax pursuant to the laws of the State of South Dakota.

Dated this 27th day of June, 2019.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK