| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* C. Dustin Bechtold, M.D. and Bryan Wellman, M.D., <br><br> Plaintiff/Relators, <br><br> v. <br><br> WILSON ASFORA, M.D., MEDICAL DESIGNS, LLC, and SICAGE, LLC, <br><br> Defendants. | CIV. 16-4115-LLP <br><br><br> **THE UNITED STATES' NOTICE OF SETTLEMENT** |

Plaintiff United States of America, Relators C. Dustin Bechtold, M.D. and Bryan Wellman, M.D., and Defendants Wilson Asfora, M.D., Medical Designs, LLC, and Sicage, LLC have reached a settlement in this matter. Pursuant to the settlement agreement attached as Exhibit A, Defendants shall make an initial payment to the United States within sixty calendar days of the effective date of the settlement agreement. Upon receipt of that payment, the parties will file a joint stipulation of dismissal of this action pursuant to and consistent with the terms of the settlement agreement.

Date: May 3, 2021.

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

DENNIS R. HOLMES
Acting United States Attorney

/s/ *Meghan K. Roche*
MEGHAN K. ROCHE
ELLIE J. BAILEY
Assistant U.S. Attorneys
PO Box 2638
Sioux Falls, SD 57101-2638
Phone: 605.357.2315
Fax: 605.330.4402
Meghan.Roche@usdoj.gov

JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
CHRISTOPHER TERRANOVA
HARIN C. SONG
Civil Division
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, DC  20044
Phone:  (202) 616-4203
Fax: (202) 514-0280
Christopher.Terranova@usdoj.gov

*Attorneys for the United States of America*