UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*******************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, C. Dustin Bechtold, M.D. and Bryan Wellman, M.D., | * * * * | CIV 16-4115 |
| Plaintiff/Relators | * * | |
| vs. | * * | JUDGMENT OF DISMISSAL |
| WILSON ASFORA, M.D.; MEDICAL DESIGNS, LLC.; and SICAGE, LLC., | * * * * | |
| Defendants. | * * | |

*******************************************************************

Based upon the Joint Stipulation of Dismissal, Doc. 110, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint against Defendants is dismissed on the merits, with prejudice, each party to bear its own costs and fees.

Dated this 23rd day of June, 2021.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK